IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COU
DENVER, COLORADO

DEC 29 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

*Richard Patton JR* _____, Plaintiff

v.

*United States "Pursue FTCA"* _____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Richard Patton JR 29190-001 USP Florence Po Box 7000 Florence Colorado 81226

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
✓    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    ~~[illegible, struck through]~~

(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __ Yes ___ No (*check one*).  Briefly explain:

~~[illegible, struck through]~~

Defendant 1 is being sued in his/her ____ individual and/or ____ official capacity.

2

Defendant 2: *UNited STATes*

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

*The UNited STAtes is liABle uNdeR The FedeRAl TORt CIAims Act FoR iNjuRy damages cAused BY it's employees comitted within The Scope oF TheiR employmeNt 28 USCS 1346*

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: _____

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___    42 U.S.C. § 1983 (state, county, and municipal defendants)

___    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓    Other: (*please identify*) *28 USCS 1346 FedeRAl TORt CIAim Act ("CPLA") §13-21-115*

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

18 USCS 4042 "Negligence" ~~...~~ ~~...~~

CLAIM ONE: 18 USCS 4042 CPLA Section 13-21-115
18 USCS 4042

Supporting facts: ON JANUARY 30 2021 I WAS PlACED IN The SPeciAl HOUSING UNIT DUE TO AN CORRECTIONAL OFFICER, OFFICER STiENER FiliNG FAlSE CHARGES (INCIDENT REPORT) AGAINST ME FOR ALLEGEDLY EXPOSING MY PENIS TO HER WHILE I WAS IN THE SHOWER THE DISCIPLINARY HEARING OFFICER EXNORATED ME AND EXPUNGED THE INCIDENT REPORT OFFICER E. HAVER RETALIATED AGAINST ME FOR BEING AN AFRICAN AMERICAN AND ALLEGEDLY EXPOSING MY PENIS TO A FEMALE STAFF SO BETWEEN THE TIMES OF 7:30 PM TO 8:00PM OFFICER HAVER GOT HIS REVENGE WHEN HE PLACED ME IN THE ASSIGNED CELL WITH ANOTHER INMATE AND OTHER INMATE WAS RELEASED FROM HIS HANDCUFFS PLAINTIFF WAS STILL IN HANDCUFFS AS SOON PLAINTIFF ~~WA~~ CELLMATE WAS RELEASED FROM HIS HANDCUFFS I WAS PHYSICALLY AND VIOLENTLY ASSAULTED PLAINTIFF CELLMATE PUNCHED PLAINTIFF IN HIS FACE VIGOROUSLY NUMEROUS TIMES PLAINTIFF WAS KNOCKED TO THE GROUND WHILE ON THE GROUND PLAINTIFF COULD NOT PROTECT HIMSELF DUE TO HE WAS STILL HANDCUFFED ~~...~~ WITH HIS HANDS BEHIND HIS BACK WHILE PLAINTIFF WAS ON THE GROUND HIS CELLMATE CONTINUED TO VIGOROUSLY PUNCH PLAINTIFF IN HIS FACE WITH BOTH HANDS DURING THE VIOLENT ASSAULT OFFICER HAVER INDEED WAS ACTING WITHIN THE SCOPE OF HIS EMPLOYMENT DURING THE VIOLENT ASSAULT OFFICER HAVER WAS INDEED NEGLIGENT BY FAILURE TO PROVIDE FOR PLAINTIFF SAFE KEEPING CARE, OFFICER HAVER INDEED DID NOT TAKE REASONABLE ACTIONS TO PROVIDE FOR PLAINTIFF SAFE KEEPING CARE, OFFICER HAVER INDEED DID NOT EMPLOY AND USE HIS OC SPRAY DURING THE PRISON DISTURBERANCE DURING THE VIOLENT ASSAULT HAVER DID NOT GIVE MY CELLMATE AND DIRECT ORDER TO STOP ASSAULTING ME DURING THE ASSAULT I DID NOT HEAR OFFICER HAVER TELL MY CELLMATE TO STOP HIS ACTIONS DURING THE ASSAULT HAVER DID NOT EXERCISE REASONABLE CARE TO PROVIDE FOR PLAINTIFF SAFE KEEPING, CARE HAVER ACTIONS WERE INDEED NEGLIGENCE PLAINTIFF INDEED EXPERIENCED EXCRUCIATING PAIN IN HIS FACE DURING THE VIOLENT ASSAULT AND AFTER THE ASSAULT PLAINTIFF INDEED HAD SUFFERED SHORT-TERM MEMORY LOSS DUE TO THE VIOLENT ASSAULT SEE ATTACHED MEDICAL RECORDS OFFICER HAVER TRIED TO COVER HIS TRACK BY FILING FALSE CHARGES INCIDENT REPORT FOR ASSAULTING HIS CELLMATE PLAINTIFF WAS EXONORATED BY THE (DHO) AND EXPUNGED THE INCIDENT REPORT SEE ATTACHED INCIDENT REPORT HISTORY. IT IS UNDISPUTED THAT THE U.S. OWED PLAINTIFF A DUTY UNDER 18 USCS 4042 TO PROVIDE SUITABLE QUARTERS AND PROVIDE FOR THE SAFE KEEPING CARE AND SUBSISTENCE OF ALL PERSONS CHARGED WITH OR CONVICTED OF OFFENSES AGAINST THE U.S, THE DEFENDANT OWED THE PLAINTIFF A DUTY TO PROVIDE SUITABLE QUARTERS AND PROVIDE FOR THE SAFE KEEPING CARE AND THAT DUTY SEE ATTACHED "D STATEMENT OF CLAIMS"

4

(DURING THE ASSAULT PLAINTIFF INDEED COULD SEE OFFICER E. HAVER THREW THE WINDOW WATCHING THE ASSAULT) PLAINTIFF ALSO SEEN OFFICER HAVER WITH A SMIRK AND LAUGH ON HIS FACE

Attachments

E. Previous Lawsuits

Name(s) of defendant(s)  K. hall et al

Docket number and Court  7:17-cv-142-KKC  6th Circuit

Claims Raised Challenging disciplinary

Disposition dismissed


Autumn Lawson et al

6:20-cv-79-DLB-EBA  6th Circuit

Excessive Force deliberate Indifference

Still pending


B. Blackburn et al

6:19-cv-00177-KKC-CJS  6th Circuit

Deliberate Indifference excessive Force

Dismissed Summary Judgment

Still pending on appeal

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  $\underline{V}$ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):       Buster et. Al

Docket number and court:     6:21-cv-00098-GFVT 6th Circuit

Claims raised:     Negligence

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  Still Pending

Reasons for dismissal, if dismissed:     _____

Result on appeal, if appealed:     _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ $V$ Yes ___ No (*check one*)

Did you exhaust administrative remedies?     Filed Tort Claim
___ Yes  N/A  No (*check one*)  Did NOT Receive Tort Claim Response BACK
SF-95

5

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* PlAintiff Request FRom The defendANT $100,000 IN TotAl dAmages AWARDS $50,000 iN dAmages uNder The "FTCA" AND ANother $50,000 uNder The "CPLA" AND PlAintiff Request ThAT The defendANT mAKe ARRANgements with The FBoP TO TRANSFeR PlAintiff ~~...~~ TO A PRiSoN withiN 500 DRiviNGmiles oF PlAintiff home (AlABAmA) PuRSAuNT TO 18 USCS 3621 FiRST STepACT

USP FloReNce IS CuRReNtly TRANSFeRiNG PlAintiff TO ANother PRiSoN
**due** TO PlAintiff exeRCiSiNG HiS 1ST AmeNDmeNT RiGhT PlAintiff FileD NumeRouS GRievANceS

## H.    PLAINTIFF'S SIGNATURE PlAintiff HAS DoNe NothiNG WRoNG TO GeT TRANSFeReD TO ANother PRiSoN

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Richard Patton JR._
(Plaintiff's signature)

_DecemBeR 19, 2021_
(Date)

(Form Revised December 2017)

6

Attachment Page 1.

"D. STATEMENT OF CLAIMS"

WAS Indeed BReached. The defendant owed Plaintiff a duty to provide Safe living conditions For Plaintiff Whom Indeed Is A Federal Inmate. (The defendant can be held Liable For it's "Negligence" In Failing To provide Suitable quarters And Failing to provide For the SAFE keeping care OF Plaintiff ON JANUARY 30 2021. ON JANUARY 30, 2021 The discRetionary Function does Not APPly in this case. "Plaintiff Asserts that the Challenged Actions Are Not the kind OF Conduct that can Be Said To Be Grounded in the Policy OF the Regulatory Regime" (Conduct is not discRetionary if A Federal statute Regulation or Policy specifically prescribes A course of Action For an employee to Follow, In This event the employee HAS No Rightful option But to Adhere to the directive, "There Is No doubt That The discRetionary Function does Not APPLY in this case" (ON JANUARY 30, 2021 OFFICER HAVER Indeed WAS "Negligent" And Failed to Provide Plaintiff with Suitable quarters And Indeed Failed to provide For the SAFE keeping, care of Plaintiff) "OFFicer HAVER did not TAKE Reasonable meAusures To Guarantee the safe keeping care of Plaintiff" (OFFicer HAVER Allowed Plaintiff cellmate to violently Assault Him While Plaintiff WAS Handcuffed Behind His BACK OFFicer HAVER Indeed Failed to employ His OC SPRAY during The violent Assault, OFFicer HAVER Indeed Failed To TAKE Reasonable meAusures To Guarantee

Attachment   Page 2.

"D. STATEMENT OF CLAIMS"

The Safekeeping, Care of Plaintiff officer HAVER FAILED TO
MAKE ANY REASONABLE MEAUSURES TO PREVENT AND STOP
The Violent Assault. PURSAUNT TO 28 USCS 1346 AND 18 USCS 4042
The U.S. CAN BE held liABle IN This case "There CAN
BE NO ROOM FOR DOUBT THAT The defendant FAiled
TO EXERCISE REASONABle CARE AND FAiled TO PROvide
Suitable quarters And FAiled TO PROvide FOR PlAiNtiff
SAFEkeeping, care The defendant Indeed ViolAted
18 USCS 4042) (The defendANT INdeed BReAched
it's duty UNdeR 18 USCS 4042 ON JANUARY 30, 2021)
Being Violently Assaulted BY ANother PRisoner while
IN HANdcuffs AND FAiluRe TO PREVENT AND STOP The
Assault is The type OF duty.That 18 USCS 4042
ITs designed TO PROTECT) IN This matter The
defendANT OWed PlAintiff A mANdAtoRY duty UNdeR
18 USCS 4042 The couRt.must emPloY The TWO-PRONG
Test Set FoRth iN BeRkovitZ V. US 486 US 531/108
SCT 1954 100 Led 2d 531 (1988) The ChAllenged conduct
IN This matter INVolves A FedeRAl STATUTE. ReguiAtioN,
Policy ThAt SPEcificAlly PRESCRiBES A Course OF Action
FoR AN emPloYee To Follow iN which case The
exception does NOT APPlY See 18 USCS 4042
              INJURY, damages NON-economic loss
See ATTachments #2 MedicAl Records
ThERE IS NO Room FOR doubT ThAt PlAintiff
Suffered AN INJURY ON JANUARY 30 2021

Attachment Page 3.

"D. Statement of claims

Plaintiff Indeed suffered numerous Injuries as a Result of defendant Breach of duty under 18 USC 4042 on January 30 2021, Plaintiff Indeed suffered an Fracture In left Body of Mandible Which in layman terms is an dislocated/Broken Jaw Plaintiff suffered Blood Hemorrhage In His Right eye, Plaintiff also Suffered an short-term memory loss see Attachments #2 medical Records

① Damages Physical Impairment or disfigurement Plaintiff Indeed suffered disfigurement to His Face see Attachments #2 mental Pain and Suffering Plaintiff ~~said~~ Jaw was wired Shut For 2 months, 8 weeks Plaintiff Jaw was Wired Shut, Inconvenience and impairment of The quality of life, Plaintiff Jaw was wired shut For 8 weeks, during those 8 weeks Plaintiff could not talk Properly Plaintiff could mumble words during those 8 weeks I could not have normally Conversations with Family and Friends on the Phone due to my Jaw Been wired shut Plaintiff had to mumble loud as possible during the 8 weeks Just to make Sure People could hear him as he Spoke and every time Plaintiff would try to talk to someone it would cause excruciating pain due to Plaintiff the louder Plaintiff would try to talk Plaintiff mouth would open more which would

Attachment Page 4

"D. STATEMENT OF CLAIMS

Cause Plaintiff mouth and jaw to move which would cause the wires in Plaintiff mouth to resist movement and cause excruciating pain, Plaintiff was on a liquid diet for 8 weeks. Plaintiff endured so much mental suffering due to Plaintiff jaw ~~being~~ being wired shut for 8 weeks. Plaintiff had trouble sleeping on a consistent basis due to Plaintiff jaw being wired shut. Plaintiff could barely talk to family and friends for 8 weeks. Plaintiff was on a ~~~~ liquid diet for 8 weeks. Plaintiff was always hungry. Plaintiff fractured jaw affected him daily and still affects him to this day. See Attachments #3. Plaintiff indeed submitted numerous sick-calls request concerning his jaw and Plaintiff have not been seen by Dental. The defendant owed Plaintiff a duty to place Patton in safe and suitable quarters while Plaintiff is in Federal custody and the defendant breached that duty (Plaintiff asserts that the negligence of officer Haver was the cause in fact or proximate cause of Plaintiff injury and damages)(there can be no room for doubt officer Haver negligence indeed was the cause in fact of Plaintiff injury and damages on January 30 2021)(the defendant breach of duty under 18 USCS 4042 on January 30 2021 was the cause in fact or proximate cause of Plaintiff injury and damages)

Attachment Page5

"D) STATEMENT OF CLAIMS

The defendant Indeed Breached it's duty under 18 uscs 4042 which Resulted in Plaintiff Injury And Damages on JANUARY 30, 2021 The defendant FAiled To Provide Plaintiff with Suitable quarters And Failed To Provide Plaintiff SAFe keeping care on JANUARY 30, 2021, (To Allow A Prisoner To Be Violently Assaulted while Handcuffed Behind his BACK is the TYPE of duty under 18 uscs 4042 That is designed To PROTECTION From the events on JANUARY 30, 2021 But INSTEAD defendANT Breached That duty)

"CPLA" Section 13-21-115

In This civil suit Plaintiff IS AN Invitee And Indeed WAS AN Invitee on JANUARY 30, 2021 Plaintiff Is in Federal CUSTODY And is A Federal Prisoner, inmate which Plaintiff QUAliFY AS AN Invitee The United STATES is the lAndowner OF The Federal Prison USP Florence And Plaintiff Indeed suffered Injuries on The Real Property OF The United STATES on JANUARY 30, 2021 (The lAndowner is Liable For The damages CAused on JANUARY 30, 2021 The lAndowner UNReasonAble FAilure To Exercise Reasonable care To PROTECT AGAinst "DANGERS" of which The lAndowner's ACTUAlly knew or Should HAVe KNOWN) TO Allow A Prisoner TO Be Violently Assaulted AT The HANds

Attachment Page 6.
"D. Statement of Claims"
of another prisoner due to Retaliation From an correctional officer and the correctional officer intentionally allowed the assault to occur poses a "DANGER" to any and All prisoners in prison Regardless of their physical condition)(to allow a prisoner to be violently assaulted while handcuffed Behind his back by another prisoner IS A "DANGER" that the landowner should have known that is a condition, circumstance etc. that poses A "DANGER to any and all prisoners in prison Regardless of their physical condition)" the common meaning of danger is A (p)eril exposure to harm loss, pain, or other negative Result (The landowner should have known that IF intentionally an correctional officer allow an prisoner to be violently assaulted while handcuffed Behind his back at the hands of another prisoner that Indeed poses a DANGER to any and all prisoners in prison Regardless of their physical condition) (the correctional officer allowing, and watching a prisoner violently assault another prisoner while the prisoner is handcuffed behind his back And failure to intervene and stop the assault is the type of "DANGER" the landowner should have known) On January 30, 2021 correctional officer

Attachment page 7.

"D. STATEMENT OF claims"

E. HAVER INTENTIONALLY Allowed, AND watched my cellmate violently Assault me officer HAVER Indeed Failed to ~~either~~ intervene AND STOP THE Assault during the Assault Plaintiff Could See officer HAVER threw the window watching the Assault. Plaintiff Also seen officer HAVER with A smirk and laugh on his Face (this Type of DANGER Plaintiff was Exposed to is ~~the~~ the Type of DANGER NO PRISONER should Be Exposed to Regardless of their Physical condition)

18 USCS 4042 / CPLA

Before Plaintiff was Placed in the shu The defendant Also Breached it's duty under 18 USCS 4042 when Correctional officer Stiener Filed False Charges Against Plaintiff If defendant would Have Fulfilled it's duty under ~~18 USCS 4042~~ Plaintiff would Have NOT Been Placed in the shu See Attachment #4. Plaintiff Indeed ~~....~~ HAS NO incident Report (Charges) For the date of January 30 2021. An Correctional officer Filing Fabricated False Reports on A Prisoner is Also AN "DANGER" of which the land owner Actually Knew of. OR Should HAVE KNOWN see USA V. Lavallee 439 F.3d 670 (2006) IN this case Correctional officers Fabricated False Reports which lead to inmates Being Exposed to DANGER" AT USP Florence in these case Correctional officers

Attachment Page 8
"D. STATEMENT OF Claims"
were. Also Convicted on Federal Charges, Correctional
officer Stiener Filing Fabricated False Reports
Against Plaintiff For Allegedly exposing His
Penis lead To defendant Breach of Duty
under 18 USCS 4042 (There CAN Be No Room
For doubt That if officer Stiener would Have
Never Filed Fabricated False Charges Against
Plaintiff The defendant would Have Not
Breached it's Duty under 18 USCS 4042 on
January 30 2021 And Plaintiff would have
Not Been Exposed To ANY DANGER) (AN
Correctional officer Filing Fabricated False
Report(s) Against AN INMATE Poses A DANGER
To ANY And All INMATES in Prison Regardless
Of their Physical Condition And The landowner
unReasonable Failure To exercise Reasonable
Care To Protect Against dangers Of which
he Actually KNew or Should Have KNown Makes
The landowner liable in this matter) The Disciplinary
hearing officer Exonorated Plaintiff AND Expunged
The incident Report That officer Stiener filed
Against Plaintiff See Attachment # 4 Plaintiff indeed
Has No Charges (incident Reports) For The date
Of January 30, 2021 officer Haver tried To
Cover His Tracks BY Filing Fabricated False Charges
Against Plaintiff For Assaulting His cellmate

AttAchment PAGe 9

"D. STATEMENTS oF CIAims

The Disciplinary HeARing officer EXonGrAteD PlAintiff OF The AssAultchARGe And expunGeD The inciDent Report FRom plAintiff PRison RecorDs, The ~~offender~~ ~~offender~~ LANDOwNeR EXPosed plAintiff To A DANGER when CoRRectionAl officeR ~~officer~~ StieNeR Filed FABRicAted FAlse Report AGAiNST plAintiff, The lANDowNer EXPosed plAintiff To A ~~DAnger~~ DANGeR when CoRRectionAl officeR E. HAVeR INTENTIONAllY AllowED And wAtched ANother PRisoneR violentIY AssAult me while I wAS HAND cuffeD Behind my BACK And FAiled To iNTERVeNe AND STop The AssAult in This civil Suit The lANDowNeR is LiABle FoR The iNJuries PlAintiff SuffeRed on The lANDowNer's PRopeRty See AttAchment #2 medicAl RecorDs (The defeNDANT is Not fulfilliNG it's duty undeR 18 USCS 4042 when A CoRRectionAl officeR INTENtioNAllY Allow A INmAte To Be violentIY AssAulted ~~By~~ while HAND cuffeD Behind his BACK By ANotheR inmAte And FAiliNG To iNTERVeNe AND STop The AssAult)

*ATTACHMENTS #2*

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PATTON, RICHARD JR | | | Reg #: 29190-001 |
| Date of Birth: 07/09/1990 | Sex: M Race: BLACK | | Facility: FLP |
| Encounter Date: 02/05/2021 15:33 | Provider: Bailey, Nicholas RN | | Unit: Z01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**          Provider: Bailey, Nicholas RN

Chief Complaint: Medical Trip Return

Subjective: Inmate returns from an emergency medical trip after being assaulted. Inmate presents with blood hemorrhage in his right eye and his jaw is wired shut due to fracture. No other complaints or injuries were voiced by the inmate. he returned with a prescription for Augmentin bid for 10 days and Tylenol #3 bid for 10 days. On duty physician was apprised of inmate's condition and orders from the ER. Since Augmentin is not available due to removal from BOP pharmacy formulary, physician gave orders for the patient to be given amoxicillin for 10 days, Percocet bid for 3 days, liquid diet and Ensure for 60 days or until jaw is no longer wired shut. Inmate reports his pain is managed well at this time.

Pain:          No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/05/2021 | 15:33 FLX | 98.6 | 37.0 | Temporal | Bailey, Nicholas RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/05/2021 | 15:33 FLX | 78 | Via Machine | | Bailey, Nicholas RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/05/2021 | 15:33 FLX | 16 | Bailey, Nicholas RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/05/2021 | 15:33 FLX | 144/87 | Left Arm | Sitting | Adult-regular | Bailey, Nicholas RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/05/2021 | 15:33 FLX | 96 | Room Air | Bailey, Nicholas RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Skin Intact

**Head**

*ATTAChmeNts #2*

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  PATTON, RICHARD JR | | Reg #:  29190-001 |
| Date of Birth:   07/09/1990 | Sex:      M    Race:  BLACK | Facility:  FLP |
| Encounter Date:  01/30/2021 20:15 | Provider:  McCullough, Michael RN | Unit:      Z01 |

Injury Assessment - Non-work related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**INJURY   1**        **Provider:**   McCullough, Michael RN Clinical

**Date of Injury:**     01/30/2021 19:55        **Date Reported for Treatment:**     01/30/2021 20:15

**Work Related:**     No        **Work Assignment:**     A&O

**Pain Location:**

Pain Scale:     4

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

SHU cell

**Cause of Injury (Inmate's Statement of how injury occurred):**

Inmate denies knowledge of incident, states he doesn't know what happened.

**Symptoms (as reported by inmate):**

Inmate c/o jaw pain, states "it feels like my jaw is broken."

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/30/2021 | 20:52 FLX | 96.6 | 35.9 | Forehead | McCullough, Michael RN Clinical Nurse |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/30/2021 | 20:52 FLX | 95 | Via Machine | | McCullough, Michael RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/30/2021 | 20:52 FLX | 18 | McCullough, Michael RN Clinical Nurse |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/30/2021 | 20:52 FLX | 143/96 | Right Arm | Sitting | Adult-large | McCullough, Michael RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/30/2021 | 20:52 FLX | 98 | Room Air | McCullough, Michael RN Clinical Nurse |

**Exam:**

**General**

**Affect**

Yes: Cooperative, Flat

**Appearance**

Yes: Lethargic

*ATTACHMENTS #2*

| | |
|---|---|
| Inmate Name:  PATTON, RICHARD JR | Reg #:  29190-001 |
| Date of Birth:   07/09/1990 | Facility:  FLP |
| Encounter Date: 01/30/2021 20:15 | Unit:  Z01 |

Sex:    M    Race:  BLACK
Provider:  McCullough, Michael RN

**Nutrition**

    Yes: Within Normal Limits

**Skin**

**General**

    Yes: Within Normal Limits, Dry

**Wound**

    Yes: Clean, Dry and Intact, Wounds present, Wound Edges Approximated, Sanguineous Drainage, Scant amount of drainage, Pain

    No: Sero-Sanguineous Drainage

**Vascular**

    Yes: Within Normal Limits

**Trauma**

    Yes: Swelling, Edema, Laceration, Ecchymosis

**Head**

**General**

    Yes: Facial Asymmetry, Laceration(s), Abrasion(s), Swelling, Ecchymosis

**Temporal Mandibular Joint**

    Yes: Symmetric, Normal Bony Landmarks, Decreased Range of Motion, Tenderness

**Eyes**

**General**

    Yes: PERRLA

**Conjunctiva and Sclera**

    Yes: Within Normal Limits

**Pupils**

    Yes: Normal Appearing, PERRLA, Brisk Light Reaction

**Ears**

**External Ear**

    Yes: Within Normal Limits, Tenderness to Palpation, Abrasion(s)

**Nose**

**General**

    Yes: Nares Patent

**Face**

**General**

    Yes: Asymmetry, Periorbital Edema, Tenderness

**Sinus/Maxilla**

    Yes: Non-Tender to Palpation, Within Normal Limits

**Mandible**

    Yes: Limited Opening

**Lips**

**General**

    Yes: Within Normal Limits

**Mouth**

**General**

    Yes: Within Normal Limits

*ATTACHMENTS #2*

| | |
|---|---|
| Inmate Name:  PATTON, RICHARD JR | Reg #:    29190-001 |
| Date of Birth:    07/09/1990 | Facility:  FLP |
| Encounter Date:  01/30/2021 20:15 | Unit:    Z01 |

Sex:    M    Race:  BLACK
Provider:  McCullough, Michael RN

**Teeth**

Yes: Within Normal Limits

**Gums**

Yes: Bleeding

**Tongue**

Yes: Within Normal Limits

**Pharynx**

Yes: Within Normal Limits

**Neck**

**General**

Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

**Arms**

Yes: Radial Pulse Normal

**Legs**

Yes: Dorsalis Pedis Normal

**Abdomen**

**Inspection**

Yes: Within Normal Limits

**Palpation**

Yes: Within Normal Limits

**ASSESSMENT:**

Pain-TMJ or Facial

Inmate presents to SHU medical ambulating c assistance, facial injuries noted upon observation, no apparent distress. Inmate reports confusion, not oriented to place or time. Eyes PERL 2mm, speech pattern regular, requires cues to answer questions. Swelling/erythema noted to L and R orbital area, small laceration (<2mm) noted to R eye, scant drainage, hemostasis achieved c pressure. Minor abrasion noted to posterior aspect of R ear, scant drainage. Inmate reports TMJ tenderness on palpation, demonstrates reduced mandibular ROM. Mouth/gums/teeth intact, tongue midline, scant sanguineous drainage visible in mouth, origin unknown. Inmate reports neck tenderness upon palpation, no crepitus or deformities noted upon palpation, trachea midline, limited ROM due to "stiffness." Respirations even/unlabored, chest rise/fall equal bilat. Distal pulses palpable 2/2, cap refill < 3 sec UE/LE bilat. Abd soft/round/non-tender to palpation. Skin warm/dry/intact, normal color for ethnicity. Inmate demonstrates full active ROM with no difficulty, able to ambulate c assistance, steady gait.

*Attachments #2*

# Bureau of Prisons
# Health Services
## Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name:  PATTON, RICHARD JR | | Reg #:  29190-001 |
| Date of Birth:   07/09/1990 | Sex:  M        Race:  BLACK | Facility:  FLP |
| Encounter Date:  02/02/2021 10:12 | Provider:  Roberts, N. DDS, CDO | Unit:    Z01 |

**Reviewed Health Status:**  Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Roberts, N. DDS, CDO

Chief Complaint:    Trauma/Oral Injury

Subjective:   "I as assaulted on Saturday night and I feel like my jaw is broken."

**Pain Location:**  Tooth/Teeth

Pain Scale:    9

Pain Qualities:  Throbbing | Tenderness | Lingering

History of Trauma:

Onset:   Several Days Ago

Duration:    Several Days

Exacerbating Factors:    Spontaneous

Relieving Factors:

Comments:  Patient presented with facial swelling on both left and right side of face. Noted left side swelling associated with fractured mandible on left as well as orbital swelling around right eye.

**OBJECTIVE:**

**Dental Findings:**

  **Dentition**

    **General**

      Malocclusion (Clinical Observation/Findings)(yes)

  **Head**

    **Temporomandibular Joint**

      Bone Fracture (Radiological Observation/Findings)

        Left Side(yes)

      Clicking/Popping (Clinical Observation/Findings)

        Left Side(yes)

      Limited Mandibular Opening (Clinical Observation/Findings)(yes)

      Limited Range of Motion (Clinical Observation/Findings)(yes)

      Swelling (Clinical Observation/Findings)(yes)

      Tenderness (Clinical Observation/Findings)

        Left Side(yes) Right Side(yes)

      Trismus (Clinical Observation/Findings)(yes)

      Uneven Bite (Clinical Observation/Findings)(yes)

  Face

    **Extraoral**

      Swelling (Clinical Observation/Findings)

        Left Side(yes) Right Side(yes)

      Tenderness (Clinical Observation/Findings)(yes)

**ASSESSMENTS:**

## ATTACHMENTS #2

| Inmate Name: PATTON, RICHARD JR | | Reg #: 29190-001 |
|---|---|---|
| Date of Birth: 07/09/1990 | Sex: M    Race: BLACK | Facility: FLP |
| Encounter Date: 02/02/2021 10:12 | Provider: Roberts, N. DDS, CDO | Unit: Z01 |

Cell of prison as place of injury/occurrence, Y92143 - Current

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/02/2021 | 10:12 FLX | 98.2 | 36.8 | | Roberts, N. DDS, CDO |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/02/2021 | 10:12 FLX | 87 | | | Roberts, N. DDS, CDO |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/02/2021 | 10:12 FLX | 147/95 | | | | Roberts, N. DDS, CDO |

**PROCEDURE:**

Dental Procedures

Universal Protocol Followed:  yes

Radiograph(s) Reviewed:  yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Examination, Limited | Completed |
| General | Panorex | Completed |

Comments: Noted patient presented with definitive fracture in left body of mandible and symphysis. Noted associated left facial swelling, also noted right facial swelling associated with trauma to suborbital trauma right eye. Patient presents with mal occlusion of teeth, and limited opening and range of motion. Patient will be referred for evaluation and treatment by an oral surgeon, Patient will be given soft diet, as well as pain medication and antibiotics.

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 02/02/2021 10:12 |

    **Prescriber Order:**    6oo mg Orally Mouth - three times a day x 7 day(s)

    Indication:  Cell of prison as place of injury/occurrence

    Start Now:  Yes

        Night Stock Rx#:  298013-FLX

        Source: Night Stock

        Admin Method:  Self Administration

        Stop Date:

        MAR Label: 6oo mg Orally Mouth - three times a day x 7 day(s)

        One Time Dose Given:  No

| | Acetaminophen 325 MG Tablet | 02/02/2021 10:12 |
|---|---|---|

    **Prescriber Order:**    325 mg Orally Mouth - three times a day x 7 day(s)

    Indication:  Cell of prison as place of injury/occurrence

    Start Now:  Yes

*Attachments #2*

Inmate Name:   PATTON, RICHARD JR
Date of Birth:    07/09/1990                    Sex:       M    Race:  BLACK           Reg #:    29190-001
Encounter Date:  02/02/2021 11:51            Provider:  Edwards, T. NRP            Facility:  FLP
                                                                                     Unit:      Z01

If Yes to above questions:
Infection Control Notified __NO___

**ASSESSMENT:**

Other

Pt was involved in a inmate altercation and was assessed by medical services on January 30th. The symptoms he was presenting with the day of the altercation has became worse. Pt believes his jaw is dislocated. Pt states he has not been able to eat food for the last several days due to his injury located in his jaw. Pt is going have orders for a X-ray to determine any injury.

Upon arrival patient has no apparent respiratory distress and is calm and cooperative. Patient able to answer all questions clear and correct, AAOX3, SKIN-warm, dry and of good color, HEENT (-) to trauma/pain, except for swelling on the Pt right side of jaw, and presents with a Pt right black eye, EYES-PERRL, NECK (-) to trauma/pain or, tracheal deviation/JVD, BACK (-) to trauma/pain or, CTL tenderness, CHEST (-) to trauma/pain, with good chest rise and fall symmetrically, ABD-soft, nontender, nondistended X4, PELVIS-stable, inmate able to self-ambulate without pain or assistance, EXT (+) palpable pulses with good motor and sensation X4, further secondary findings unremarkable.

The injuries again noted in this assessment were addressed by medical services the day of the injury.

**PLAN:**

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**  Yes      **By:**   Norton, Jade DO
**Telephone or Verbal order read back and verified.**

Completed by Edwards, T. NRP on 02/02/2021 11:51
Requested to be cosigned by  Norton, Jade DO.
Cosign documentation will be displayed on the following page.

## *Attachments #2*

Inmate Name:  PATTON, RICHARD JR
Date of Birth:  07/09/1990
Encounter Date:  02/02/2021 10:12

Sex:  M        Race:  BLACK
Provider:  Roberts, N. DDS, CDO

Reg #:  29190-001
Facility:  FLP
Unit:  Z01

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|

Night Stock Rx#:   297788-FLX
Source:  Night Stock
Admin Method:   Self Administration
Stop Date:
MAR Label:  325 mg Orally Mouth -  three times a day x 7 day(s)
One Time Dose Given:  No

Amoxicillin Capsule                                                                     02/02/2021 10:12
**Prescriber Order:**     500 mg Orally Mouth -  three times a day x 7 day(s)
Indication:   Cell of prison as place of injury/occurrence
Start Now:  Yes
Night Stock Rx#:   297795-FLX
Source:  Night Stock
Admin Method:   Self Administration
Stop Date:
MAR Label:  500 mg Orally Mouth -  three times a day x 7 day(s)
One Time Dose Given:  No

### Other Active Medications

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 297136-FLX | Lisinopril 10 MG Tab | 12/29/2021 | Take one tablet (10 MG) by mouth each day |

### Other Active IVs:

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

**No IVs to be Reconciled.**

### Other Active OTCs:

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|

**No OTCs to be Reconciled.**

Allergies
No Known Allergies

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Oral Surgery | 02/02/2021 | 02/02/2021 | Urgent | No | |

Subtype:
Oral Surgery
Reason for Request:
Evaluation and treatment for fractured body of mandible.
Provisional Diagnosis:
Mandibular fracture

**Disposition:**
Follow-up at Sick Call as Needed

**Other:**

Generated 02/02/2021 10:52 by Roberts, N. DDS, CDO        Bureau of Prisons - FLP                    Page 3 of 4

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

*Attachments #2*

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PATTON, RICHARD JR | | Reg #: | 29190-001 |
| Date of Birth: | 07/09/1990 | Sex:    M    Race: BLACK | Facility: | FLP |
| Note Date: | 02/05/2021 15:18 | Provider:   Conroy, S. DO | Unit: | Z01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:   Conroy, S. DO

cancelling all facial and mandible xrays as IM went out to have his jaw wired today and xrays are not necessary.

**Discontinued Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Facial Bones-General | One Time | | 02/05/2021 | Routine |

Specific reason(s) for request (Complaints and findings):

Possible dislocated or broken jaw from a inmate altercation

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Mandible-General [Left] | One Time | | 02/05/2021 | Today |

Specific reason(s) for request (Complaints and findings):

Fx L jaw seen on Panorex

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Conroy, S. DO on 02/05/2021 15:19

*ATTACHMENT #3*

## A NOTE FROM HEALTH SERVICES
November 9, 2021

SHU                            Patton, Richard                            29190-001

Your request for dental sick call was received today. You will be escorted to the dental clinic in the order your request was received.

Thank you

H. Schouweiler,
E. D.D.A.
FCC Florence, CO

*ATTAchments#3*

BP-S148.055                      · INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                         FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) *DENTAl DR. RoBeRts* | DATE: *MAY 5 2021* |
| FROM: *Richard PATTON* | REGISTER NO.: *29190-001* |
| WORK ASSIGNMENT: *N/A* | UNIT: *D-A* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

*I'm Still Experiecing Aches And Popping in My JAw when I eat And TALk And open mouth MY JAw was Fractured on JANUARY 30 2021 Please place me on The dentAl Sick cAll 1'st*

*CC: MAY 5 2021*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

*ATTACHMENTS #3*

BP-S148.055    **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) *DENTGI DR. ROBERTS* | DATE: *JULY 10 2021* |
|---|---|
| FROM: *Richard PATTON* | REGISTER NO.: *29190-001* |
| WORK ASSIGNMENT: *N/A* | UNIT: *▮▮▮▮▮ D-A* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

*MY JAW WAS FRACTURed ON 1-30-21 MY JAW HAS NOT FUlly Healed I'm STill experiecing Aches And SensA+ionAl POPPiNG in MY JAW When I eAT And OPeN MY mouth And TALk, PleAse PlAce me on The dentAl Sick-CAll lisT*

*CC: Courtesy Copy*
*7-10-21*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

*ATTACHMENT #5*

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) *DENTAL DR. ROBERTS* | DATE: *OCTOBER 11 2021* |
|---|---|
| FROM: *Richard PATTON* | REGISTER NO.: *29190-001* |
| WORK ASSIGNMENT: *N/A* | UNIT: *Shu* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

*MY JAW WAS FRACTURED ON JANUARY 30, 2021 MY mouth AND JAW STill Aches AND have SENSATIONAL POPPING when I OPEN my mouth AND when I eAT AND TALL Please PlAce ME ON THE DENTAl SiCk CAll list*

*CC: OCTOBER 11 2021*          (Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER    **SECTION 6**

*ATTACHMENT #4*

```
  FLPD6          *        INMATE DISCIPLINE DATA         *      11-07-2021
  PAGE 001       *     CHRONOLOGICAL DISCIPLINARY RECORD  *      14:48:43

  REGISTER NO: 29190-001 NAME..: PATTON, RICHARD JR
  FUNCTION...: PRT        FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 11-07-2021


  -----------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 3455886 - SANCTIONED INCIDENT DATE/TIME: 12-07-2020 0845
  DHO HEARING DATE/TIME: 12-15-2020 1400           DHO REPT DEL: 12-16-2020 1300
  FACL/CHAIRPERSON.....: FLP/BANUELOS
  REPORT REMARKS.......: I/M WAIVED DHO, SANCTIONED
     205  ENGAGING IN SEXUAL ACTS - FREQ: 9 ATI: SN1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P   TO DETER FUTURE LIKE BEHAVIOR
          DS         / 15 DAYS / CS
                 FROM: 12-15-2020  THRU: 12-29-2020
          COMP:    LAW:    TO DETER FUTURE LIKE BEHAVIOR
          LP COMM    / 60 DAYS / CS
                 FROM: 11-06-2021  THRU: 01-04-2022
          COMP:    LAW:    TO DETER FUTURE LIKE BEHAVIOR
  -----------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 3242774 - SANCTIONED INCIDENT DATE/TIME: 04-08-2019 0655
  DHO HEARING DATE/TIME: 04-16-2019 1241           DHO REPT DEL: 06-25-2019 0800
  FACL/CHAIRPERSON.....: MCR/SIZEMORE W
  REPORT REMARKS.......: INMATE STATED HE FOUGHT BACK BUT STATED WHO WOULDN'T.
     201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          LP VISIT   / 3 MONTHS / CS
                 FROM: 05-12-2020  THRU: 08-11-2020
          COMP:    LAW:
  -----------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 3227349 - SANCTIONED INCIDENT DATE/TIME: 02-23-2019 0808
  DHO HEARING DATE/TIME: 04-02-2019 1050           DHO REPT DEL: 06-25-2019 0800
  FACL/CHAIRPERSON.....: MCR/SIZEMORE W
  REPORT REMARKS.......: INMATE DENIED HE SPIT AT THE OFFICER
     224A ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SH1 RFP: D
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          DS         / 21 DAYS / CS
                 FROM: 04-02-2019  THRU: 04-22-2019
          COMP:    LAW:
          LP VISIT   / 1 YEARS / CS
                 FROM: 05-12-2019  THRU: 05-11-2020
          COMP:    LAW:




  G0002       MORE PAGES TO FOLLOW . . .
```

```
 FLPD6              *         INMATE DISCIPLINE DATA          *      11-07-2021
 PAGE 002           *      CHRONOLOGICAL DISCIPLINARY RECORD   *      14:48:43

 REGISTER NO: 29190-001 NAME..: PATTON, RICHARD JR
 FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-07-2021

 -----------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3208221 - SANCTIONED INCIDENT DATE/TIME: 01-01-2019 2030
 DHO HEARING DATE/TIME: 01-08-2019 1020          DHO REPT DEL: 04-02-2019 0800
 FACL/CHAIRPERSON.....: MCR/SIZEMORE W
 REPORT REMARKS.......: INMATE CLAIMED OFFICER FABRICATED REPORT BECAUSE THE OFC
                        WAS NOT ON THE RANGE WHEN HE REPORTED HE WAS.
    203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 21 DAYS / CS
                    FROM: 01-18-2019  THRU: 02-07-2019
         COMP:    LAW:
         FF NVGCT   / 27 DAYS / CS
         COMP:010 LAW:P
         LP COMM    / 6 MONTHS / CS
                    FROM: 05-06-2021  THRU: 11-05-2021
         COMP:    LAW:
 -----------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3143166 - SANCTIONED INCIDENT DATE/TIME: 07-06-2018 2357
 DHO HEARING DATE/TIME: 01-03-2019 1243          DHO REPT DEL: 02-19-2019 1200
 FACL/CHAIRPERSON.....: MCR/HURLEY C
 REPORT REMARKS.......: DENIED; NOT GUILTY
    205  ENGAGING IN SEXUAL ACTS - FREQ: 2 ATI: ON1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 15 DAYS / CS
                    FROM: 01-03-2019  THRU: 01-17-2019
         COMP:    LAW:
         FF NVGCT   / 27 DAYS / CS
         COMP:010 LAW:P
         IMPOUND    / 60 DAYS / CS
                    FROM: 01-03-2019  THRU: 03-03-2019
         COMP:    LAW:    PERSONAL PROPERTY
         LP COMM    / 1 YEARS / CS
                    FROM: 05-06-2020  THRU: 05-05-2021
         COMP:    LAW:
         LP PHONE   / 6 MONTHS / CS
                    FROM: 01-03-2019  THRU: 07-02-2019
         COMP:    LAW:




 G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLPD6           *        INMATE DISCIPLINE DATA         *      11-07-2021
  PAGE 004        *     CHRONOLOGICAL DISCIPLINARY RECORD  *      14:48:43

REGISTER NO: 29190-001 NAME..: PATTON, RICHARD JR
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 11-07-2021

DHO HEARING DATE/TIME: 12-04-2018 0950 REPORT 3186520 CONTINUED
         FF NVGCT  / 41 DAYS / CS
         COMP:010 LAW:P   DUE TO SEVERITY OF OFFENSE AND REPEAT CONDUCT
         LP COMM   / 6 MONTHS / CS
                    FROM: 05-06-2019  THRU: 11-05-2019
         COMP:    LAW:
         LP VISIT  / 6 DAYS / CS
                    FROM: 05-06-2019  THRU: 05-11-2019
         COMP:    LAW:
---------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3186521 - SANCTIONED INCIDENT DATE/TIME: 10-30-2018 1345
DHO HEARING DATE/TIME: 11-06-2018 0925         DHO REPT DEL: 02-07-2019 1300
FACL/CHAIRPERSON.....: MCR/HURLEY C
APPEAL CASE NUMBER(S): 970111
REPORT REMARKS.......: DENIED; THIS IS ALL FABRICATED. THE REPORT IS FALSE.
   203   THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         DS        / 10 DAYS / CS
                    FROM: 11-06-2018  THRU: 11-15-2018
         COMP:    LAW:
         LP EMAIL  / 4 MONTHS / CS
                    FROM: 11-06-2018  THRU: 03-05-2019
         COMP:    LAW:
   224A  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SF1 RFP: D
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         DS        / 30 DAYS / CS
                    FROM: 11-06-2018  THRU: 12-05-2018
         COMP:    LAW:
         LP COMM   / 6 MONTHS / CS
                    FROM: 11-06-2018  THRU: 05-05-2019
         COMP:    LAW:
         LP VISIT  / 6 MONTHS / CS
                    FROM: 11-06-2018  THRU: 05-05-2019
         COMP:    LAW:
---------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3170729 - SANCTIONED INCIDENT DATE/TIME: 09-17-2018 1030
UDC HEARING DATE/TIME: 09-20-2018 1443
FACL/UDC/CHAIRPERSON.: MCR/4B/SASKO
REPORT REMARKS.......: INMATE REFUSED UDC
   329   DESTROY PROP $100 OR LESS - FREQ: 1
         LP PHONE  / 30 DAYS / CS
                    FROM: 09-20-2018  THRU: 10-19-2018
         COMP:    LAW:    LOSS OF PHONE 30 DAYS


G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLPD6            *        INMATE DISCIPLINE DATA        *      11-07-2021
  PAGE 005         *      CHRONOLOGICAL DISCIPLINARY RECORD  *    14:48:43


REGISTER NO: 29190-001 NAME..: PATTON, RICHARD JR
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-07-2021


-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3030183 - SANCTIONED  INCIDENT DATE/TIME: 09-06-2017 0642
DHO HEARING DATE/TIME: 09-18-2017 1135          DHO REPT DEL: 09-20-2017 1530
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
APPEAL CASE NUMBER(S): 918365
REPORT REMARKS.......: DENIES STROKING ERECT PENIS WHILE STARING AT REPORTING
                       OFFICER. VIDEO SHOWS R.O. STOPPED AT HIS CELL DOOR.
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:
        IMPOUND    / 60 DAYS / CS
        COMP:    LAW:    ALL PROPERTY EXCEPT LEGAL AND RELIGIOUS MATERIALS
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:
        LP MATTRES / 30 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 120 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 120 DAYS / CS
        COMP:    LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2926915 - SANCTIONED  INCIDENT DATE/TIME: 12-09-2016 0724
DHO HEARING DATE/TIME: 01-25-2017 0959          DHO REPT DEL: 02-17-2017 1200
FACL/CHAIRPERSON.....: BSY/LOTT J
APPEAL CASE NUMBER(S): 895599, 890320
REPORT REMARKS.......: INMATE ATTENDED HIS HEARING AND STATED  MY NAME IS COPY
                       RIGHTED AND U OR THE BOP DON T HAVE THE RIGHT TO USE IT
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 6 MONTHS / CS
        COMP:    LAW:
        LP PHONE   / 6 MONTHS / CS
        COMP:    LAW:
-----------------------------------------------------------------------------
REPORT NUMBER........: 2895239 (REHEARD 12-11-2018 1130)
DHO HEARING DATE/TIME: 10-11-2016 1134




G0002      MORE PAGES TO FOLLOW . . .
```

```
 FLPD6          *         INMATE DISCIPLINE DATA        *      11-07-2021
 PAGE 006       *     CHRONOLOGICAL DISCIPLINARY RECORD  *      14:48:43

REGISTER NO: 29190-001 NAME..: PATTON, RICHARD JR
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 11-07-2021

------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2771289 - SANCTIONED INCIDENT DATE/TIME: 10-11-2015 1540
DHO HEARING DATE/TIME: 10-29-2015 1100
FACL/CHAIRPERSON.....: COP/A. RICH
APPEAL CASE NUMBER(S): 843046
REPORT REMARKS.......: NO COMMENT; DHO FOUND GUILTY OF ASSAULT
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SN1 RFP: D
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS / SUSPENDED 90 DAYS
         COMP:    LAW:   HEARING HELD LONG AFTER INCIDENT
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2757065 - SANCTIONED INCIDENT DATE/TIME: 09-03-2015 1345
UDC HEARING DATE/TIME: 09-04-2015 0823
FACL/UDC/CHAIRPERSON.: COP/SHU/TOMPKINS
REPORT REMARKS.......: UDC FINDS INMATE GUILTY OF CODE 306
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         LP PHONE   / 30 DAYS / CS
         COMP:    LAW:   30 DAYS LOSS OF PHONE, RESTORE 10-5-2015, SECOND
                        REFUSAL
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2753833 - SANCTIONED INCIDENT DATE/TIME: 08-25-2015 1633
UDC HEARING DATE/TIME: 08-27-2015 1351
FACL/UDC/CHAIRPERSON.: COP/SHU/J TOMPKINS
REPORT REMARKS.......: UDC FINDS INMATE GUILTY OF CODE 306, LOSS OF COMM FOR 30
                      DAYS, RESTORE 07-19-2016
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:    LAW:   30 DAYS LOSS OF COMMISSARY REINSTATE 07-19-2016
                        FIRST REFUSAL
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2748174 - SANCTIONED INCIDENT DATE/TIME: 08-10-2015 1015
UDC HEARING DATE/TIME: 08-12-2015 1300
FACL/UDC/CHAIRPERSON.: COP/J/K/W PEREZ
REPORT REMARKS.......: UDC FOUND INMATE GUILTY OF CHARGE 316, LOSS OF VISIT FOR
                      30 DAYS.
    316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         LP VISIT   / 30 DAYS / CS
         COMP:    LAW:   TO DETER INMATE BEHAVIOR
                        RESTORED ON 09-12-2015.




G0002       MORE PAGES TO FOLLOW . . .
```

```
 FLPD6            *          INMATE DISCIPLINE DATA           *     11-07-2021
PAGE 007          *     CHRONOLOGICAL DISCIPLINARY RECORD      *     14:48:43

REGISTER NO: 29190-001 NAME..: PATTON, RICHARD JR
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-07-2021

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2720079 - SANCTIONED INCIDENT DATE/TIME: 05-28-2015 0237
DHO HEARING DATE/TIME: 06-04-2015 1200
FACL/CHAIRPERSON.....: HAZ/CRADDOCK
REPORT REMARKS.......: DENIES CHARGE.
   205  ENGAGING IN SEXUAL ACTS - FREQ: 3 ATI: SN1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P   PLRA
         DS          / 30 DAYS / CS
         COMP:     LAW:
         LP COMM     / 90 DAYS / CS
         COMP:     LAW:    RESTORE COMMISSARY ON 06-19-2016. RUN C/S W/ PREV
                          IR'S.
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2710496 - SANCTIONED INCIDENT DATE/TIME: 04-30-2015 1110
UDC HEARING DATE/TIME: 05-05-2015 0847
FACL/UDC/CHAIRPERSON.: HAZ/E/BOWLING
REPORT REMARKS.......: HEARD AT UDC LEVEL
   329  DESTROY PROP $100 OR LESS - FREQ: 1
         LP COMM     / 60 DAYS / CS
         COMP:     LAW:    LP COMM X 60 DAYS FROM 5-5-2015 THRU 7-4-2015
         LP OTHER    / 120 DAYS / CS
         COMP:     LAW:    LP PROPERTY X 120 DAYS FROM 5-5-2015 THRU 09-2-201
                          5
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2686276 - SANCTIONED INCIDENT DATE/TIME: 02-24-2015 0930
UDC HEARING DATE/TIME: 02-26-2015 0845
FACL/UDC/CHAIRPERSON.: HAZ/E/BOWLING
REPORT REMARKS.......: HEARD AT UDC LEVEL
   329  DESTROY PROP $100 OR LESS - FREQ: 1
         LP COMM     / 90 DAYS / CS
         COMP:     LAW:    LP COMM X 90 DAYS FROM 2-26-2015 THRU 5-27-2015
         LP OTHER    / 90 DAYS / CS
         COMP:     LAW:    LP PROPERTY X 90 DAYS FROM 2-26-2015 THRU 5-27-201
                          5
         LP OTHER    / 120 DAYS / CS
         COMP:     LAW:    LP MATTRESS X 120 DAYS FROM 2-26-2015 THRU 6-26-20
                          15
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2675677 - SANCTIONED INCIDENT DATE/TIME: 01-25-2015 2000
DHO HEARING DATE/TIME: 02-19-2015 1140
FACL/CHAIRPERSON.....: HAZ/CRADDOCK
REPORT REMARKS.......: DENIES CHARGE




G0002      MORE PAGES TO FOLLOW . . .
```

```
 FLPD6            *          INMATE DISCIPLINE DATA          *      11-07-2021
 PAGE 008         *    CHRONOLOGICAL DISCIPLINARY RECORD      *      14:48:43


 REGISTER NO: 29190-001 NAME..: PATTON, RICHARD JR
 FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-07-2021

 DHO HEARING DATE/TIME: 02-19-2015 1140 REPORT 2675677 CONTINUED
    205  ENGAGING IN SEXUAL ACTS - FREQ: 3 ATI: SN1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P   PLRA
          FF NVGCT   / 27 DAYS / CS
          COMP:010 LAW:P   TO DETER FUTURE MISCONDUCT.
          LP COMM    / 180 DAYS / CS
          COMP:    LAW:   RUN CS W/ IR# 2658070. RESTORE 10-24-2015
          LP PHONE   / 180 DAYS / CS
          COMP:    LAW:   RUN CS W/ IR# 2658070. RESTORE 10-24-2015
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2658070 - SANCTIONED INCIDENT DATE/TIME: 12-05-2014 1045
 DHO HEARING DATE/TIME: 01-29-2015 1020
 FACL/CHAIRPERSON.....: HAZ/CRADDOCK
 REPORT REMARKS.......: DENIES MASTERBATING IN FRONT OF STAFF MEMBER
    205  ENGAGING IN SEXUAL ACTS - FREQ: 2 ATI: SF1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P   PLRA
          DS         / 30 DAYS / CS
          COMP:    LAW:
          LP PHONE   / 90 DAYS / CS
          COMP:    LAW:   RESTORE PHONE ON 04-28-2015
          LP VISIT   / 90 DAYS / CS
          COMP:    LAW:   RESTORE VISITS ON 04-28-2015
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2584674 - SANCTIONED INCIDENT DATE/TIME: 05-19-2014 1500
 DHO HEARING DATE/TIME: 06-04-2014 1020
 FACL/CHAIRPERSON.....: MCR/G MEHLER
 REPORT REMARKS.......: 205 (DENIED) NOT TRUE.
    205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P   DISALLOW 27 DAYS GOOD CONDUCT TIME
          DS         / 15 DAYS / CS
          COMP:    LAW:   15 DAYS DISCIPLINARY SEGREGATION
          LP COMM    / 90 DAYS / CS
          COMP:    LAW:   LOSS OF COMMISSARY PRIVILEGES 90 DAYS
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2532922 - SANCTIONED INCIDENT DATE/TIME: 01-02-2014 1350
 UDC HEARING DATE/TIME: 01-08-2014 1540
 FACL/UDC/CHAIRPERSON.: MCR/2B/RESCH
 REPORT REMARKS.......: LP PHONE 60 DAYS; LP EMAIL 60 DAYS
    321  INTERFERING WITH TAKING COUNT - FREQ: 1
          LP OTHER   / 60 DAYS / CS
          COMP:    LAW:   LP EMAIL 60 DAYS




 G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLPD6        *           INMATE DISCIPLINE DATA           *      11-07-2021
PAGE 009 OF 009 *     CHRONOLOGICAL DISCIPLINARY RECORD      *      14:48:43

REGISTER NO: 29190-001 NAME..: PATTON, RICHARD JR
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 11-07-2021

UDC HEARING DATE/TIME: 01-08-2014 1540 REPORT 2532922 CONTINUED
        LP PHONE   / 60 DAYS / CS
        COMP:    LAW:    LP PHONE 60 DAYS
```

```
G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
FLPD6              *          INMATE DISCIPLINE DATA          *      11-07-2021
PAGE 003           *     CHRONOLOGICAL DISCIPLINARY RECORD     *      14:48:43

REGISTER NO: 29190-001 NAME..: PATTON, RICHARD JR
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-07-2021

------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2895239 - SANCTIONED  INCIDENT DATE/TIME: 09-13-2016 0655
DHO HEARING DATE/TIME: 12-11-2018 1130            DHO REPT DEL: 12-18-2018 0800
FACL/CHAIRPERSON.....: MCR/SIZEMORE W
APPEAL CASE NUMBER(S): 966646, 887903, 881862
REPORT REMARKS.......: REHEARING BASED ON REMAND FROM REGION. HEARING UPHELD
                       BASED ON EVIDENCE, REPORT AND I/M'S ADMISSION
    104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT    / 41 DAYS / CS
          COMP:010 LAW:P   DISALLOWANCE ALREADY TAKEN BASED ON HEARING FROM
                           10-11-2016
          DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
          COMP:    LAW:    ALREADY COMPLETED SUSPENSION PERIOD FROM HEARING
                           CONDUCTED ON 10-11-2016
          LP COMM    / 6 MONTHS / CS
                     FROM: 11-06-2019  THRU: 05-05-2020
          COMP:    LAW:    SANCTION ALREADY SERVED FROM HEARING CONDUCTED ON
                           10-11-2016; SHOULD NOT BE ADDED TO CURNT SANCTION
          LP PHONE   / 6 MONTHS / CS
                     FROM: 10-11-2016  THRU: 04-10-2017
          COMP:    LAW:    SANCTION ALREADY SERVED FROM HEARING CONDUCTED ON
                           10-11-2016
    224   ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: ID3 RFP: D
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P   DISALLOWANCE ALREADY TAKEN BASED ON HEARING
                           CONDUCTED ON 10-11-2016
          DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
          COMP:    LAW:    SUSPENSION ALREADY SERVED FROM HEARING CONDUCTED
                           ON 10-11-2016
          LP MPLAYER / 90 DAYS / CS
                     FROM: 10-11-2016  THRU: 01-08-2017
          COMP:    LAW:    SANCTION ALREADY SERVED FROM HEARING CONDUCTED ON
                           10-11-2016
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3186520 - SANCTIONED  INCIDENT DATE/TIME: 10-30-2018 1345
DHO HEARING DATE/TIME: 12-04-2018 0950            DHO REPT DEL: 02-12-2019 0800
FACL/CHAIRPERSON.....: MCR/HURLEY C
APPEAL CASE NUMBER(S): 970112
REPORT REMARKS.......: INMATE DENIED CHARGE. STAFF REP APPEARED AND REVIEWED
                       VIDEO FOOTAGE OF INCIDENT
    224   ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SN2 RFP: D
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          DS         / 15 DAYS / CS
                     FROM: 12-06-2018  THRU: 12-20-2018
          COMP:    LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: _____

Signature of Authorized Prison Official: _____

Date: _____

I DeClARe uNdeR peNAlty
of peRjury PuRSAuNT TO
28 USCS1746 PRiSoN offiCiAl
D. ADAMS RefuseD TO SiGN
this Document oN DeCeMBeR 19, 2021

Richard Patton JR 29190-00

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 29190... | Current Institution: | Florence FCC |
| Inmate Name: | PARE..., RICH... | Housing Unit: | ... |
| Report Date: | 10/33/... | Living Quarters: | Z01-... |
| Report Time: | 10:...:20... | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

# General Information

| | |
|---|---|
| Administrative Hold Indicator: | Yes |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8442 |
| PAC #: | 488167286 |
| Revalidation Date: | 1st |
| FRP Participation Status: | Refused |
| Arrived From: | TOM |
| Transferred To: | |
| Account Creation Date: | 5/15/2013 |
| Local Account Activation Date: | 9/18/2020 3 11:26 AM |
| Sort Codes: | |
| Last Account Update: | 10/28/2021 3 11:38 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

**Pre-Release Plan Information**

| | | |
|---|---|---|
| Target Pre-Release Account Balance | $1,200.00 | |
| Pre-Release Deduction % | 0% | |
| Income Categories to Deduct From: | Payroll | Outside Source Funds |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

Case No. 1:21-cv-03497-RMR-KAS Document 1 filed 12/29/21 USDC Colorado pg 41 of 42

| Quarterly | $25 00 | 0% |
|-----------|--------|-----|

## Account Balances

| | |
|---|---|
| Account Balance: | $11.45 |
| Pre-Release Balance· | $0 00 |
| Debt Encumbrance: | $0 00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $11.45 |
| Outstanding Negotiable Instruments· | $0.00 |
| Administrative Hold Balance | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $1,210 85 |
| National 6 Months Withdrawals: | $1,240.10 |
| Available Funds to be considered for IFRP Payments: | $760.85 |
| National 6 Months Avg Daily Balance: | $63.85 |
| Local Max. Balance - Prev. 30 Days | $50.45 |
| Average Balance - Prev. 30 Days: | $7.42 |

## Commissary History

**Purchases**

| | |
|---|---|
| Validation Period Purchases: | $24.80 |
| YTD Purchases | $24 80 |
| Last Sales Date: | 10/6/2021 12·59·48 PM |

**SPO Information**

| | |
|---|---|
| SPO's this Month. | 0 |
| SPO S this Quarter. | $0 00 |

**Spending Limit Info**

Spending Limit Override. No

Case No. 1:21-cv-03497-RMR-KAS   Document 1   filed 12/29/21   USDC Colorado   pg 42 of 42

Weekly Revalidation:  No

Bi-Weekly Revalidation:  No

Spending Limit·  $25.00

Expended Spending Limit.  $24.80

Remaining Spending Limit:  $0.20

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit   $0 00

Restricted Expended Amount   $0 00

Restricted Remaining Spending Limit:   $0 00

Restriction Start Date:  N/A

Restriction End Date:  N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

## Comments

**Comments:**

PD15 AUDIT ON 9-18-20. COMM REST UNTIL 5-04-2021
DHO 60 DAYS 12/15/2020
DHO 60 DAYS 02/01/2021
WAARDEN APPROVED PIP LEVEL 1 (SL $40) 04/12/21
WARDEN APPROVED ADMIN HOLD/ENCUMBER FUNDS 10/20/2021